IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CASE NO.: 5:25-cv-00442-D-KS

| CHRISTOPHER CRITZER, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
|  | ) **ANSWER** |
| TOWN OF WENDELL, WENDELL POLICE DEPARTMENT, OFFICER NICHOLAS CULVER, in his individual and official capacity, | ) |
| Defendants. | ) |

NOW COME Defendants Town of Wendell, Wendell Police Department, and Officer Nicholas Culver, through their undersigned counsel, and respond to Plaintiff's Complaint as follows:

FIRST DEFENSE – FAILURE TO STATE A CLAIM

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted and should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

SECOND DEFENSE – QUALIFIED IMMUNITY

Plaintiff's Complaint, in whole or in part, is barred by the doctrine of qualified immunity.

THIRD DEFENSE – GOVERNMENTAL AND PUBLIC OFFICIAL IMMUNITY

Plaintiff's Complaint, in whole or in part, is barred by the doctrine of governmental and/or public official immunity.

## FOURTH DEFENSE AND RESPONSE TO NUMBERED ALLEGATIONS

1. The allegations contained in paragraph 1 are admitted upon information and belief.

2. The Complaint contains no paragraphs 2-4.

3. The allegations contained in paragraph 5 state legal conclusions to which no response is required.

4. The allegations contained in paragraph 6 state legal conclusions to which no response is required.

5. With regard to the allegations contained in paragraph 7, it is admitted that Officer Culver allowed a group of young people to play band instruments in his presence around midnight on or about November 2, 2024. The remaining allegations contained in paragraph 7 are denied.

6. Defendants lack sufficient information to admit or deny the allegations contained in paragraph 8, and the allegations are therefore denied.

7. With regard to the allegations contained in paragraph 9, it is admitted that Plaintiff left his residence armed with a golf club and a tool. The remaining allegations contained in paragraph 9 are denied.

8. The allegations contained in paragraph 10 are denied.

9. The allegations contained in paragraph 11 are denied.

10. The allegations contained in paragraph 12 are denied.

11. The allegations contained in paragraph 13 are denied.

12. The allegations contained in "Claim 1" are denied.

13. The allegations contained in "Claim 2" are denied.

14. The allegations contained in "Claim 3" are denied.

15. The allegations contained in "Claim 4" are denied.

16. The allegations contained in "Claim 5" are denied.

17. All allegations in the Complaint not specifically admitted herein, including the prayer for relief, are denied.

## FIFTH DEFENSE – RES JUDICATA

Plaintiff's claims are barred in whole or in part by the doctrine of res judicata.

## SIXTH DEFENSE – COLLATERAL ESTOPPEL

Plaintiff's claims are barred in whole or in part by the doctrine of collateral estoppel.

## SEVENTH DEFENSE – FAILURE TO MITIGATE DAMAGES

Plaintiff's claims are barred in whole or in part by his failure to mitigate his damages.

## RESERVATION OF DEFENSES

Defendants reserve the right to raise any defenses that become apparent during the course of discovery.

WHEREFORE, Defendants pray the Court as follows:

1. That Plaintiff's Complaint be dismissed and that Plaintiff have and recover nothing;

2. That the cost of this action be taxed against Plaintiff;

3. That Defendants be awarded their attorney's fees pursuant to 42 U.S.C. § 1988(b), N.C. Gen. Stat. § 1D-45, or as otherwise provided by law;

4. That there be a trial by jury on all issues so triable; and

5. That the Court grant such other and further relief as it may deem just and proper.

This the 30th day of July, 2025.

                **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY:   */s/ Jacob H. Wellman*
       Jacob H. Wellman
       State Bar No. 28853
       P.O. Box 19207
       Raleigh, NC 27619-9207
       Telephone: (919) 873-0166
       Facsimile: (919) 873-1814
       ***Attorney for Defendants***
       jwellman@teaguecampbell.com

**CERTIFICATE OF SERVICE**

       This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause by depositing a copy hereof, postage paid, in the United States mail, addressed to said parties as follows:

Christopher Critzer
220 Vintage Point Lane
Wendell, NC 27591
cmcritzer@gmail.com
*Pro Se Plaintiff*

This the 30th day of July, 2025.

                **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

                BY:  */s/ Jacob H. Wellman*
                       Jacob H. Wellman
                       *Attorneys for Defendants*